IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARCUS KIM REMUS, and SHAWN THOMAS BROOKS,<br><br>    Defendants. | **4:17CR3125**<br><br>**ORDER** |

Defendant Brooks has moved to continue the trial, (Filing No. 83), because Defendant needs additional time to investigate this case and prepare for trial or negotiate a plea. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant Brooks' motion to continue, (Filing No. 83), is granted. **No further continuances will be granted absent a substantial showing of good cause.**

2) **As to both defendants, the** trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on January 7, 2019, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial.

3) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and as to **both** defendants, the additional time arising as a result of the granting of the motion, the time between today's date and January 7, 2019, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant

additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

October 19, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge